Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL XII

| | | |
|---|---|---|
| PR ASSET PORTFOLIO 2013-1 INTERNATIONAL, LLC<br><br>Demandante Apelada<br><br>v.<br><br>ONE ALLIANCE INSURANCE CORPORATION<br><br>Demandada Apelante | TA2026AP00214 | Apelación procedente del Tribunal de Primera Instancia, Sala Superior de Caguas<br><br>Caso Núm.: SJ2019CV10729<br><br>Sobre: Incumplimiento de Contrato de Seguro, Huracanes Irma/María |

Panel integrado por su presidente, el Juez Candelaria Rosa, el Juez Adames Soto, el Juez Campos Pérez y la Jueza Trigo Ferraiuoli.

Candelaria Rosa, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 9 de abril de 2026.

Atendida la "Solicitud de Desistimiento con Perjuicio al Amparo de la Regla 39.1(2) de Procedimiento Civil" de la parte apelante, se resuelve ha lugar. Se deja por desistido el recurso al amparo de la Regla 83(A) del Tribunal de Apelaciones (4 LPRA Ap. XXII-B) y se emite *Sentencia* de desestimación con perjuicio al efecto.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones